394 A.2d 607

Atlantic Richfield Company v. Morck, Appellant.

Argued December 6, 1976. Norman P. Zarwin, for appellant; John A. Van Luvanee, for appellee.

OPINION PER CURIAM: Order vacated and case remanded for consideration in light of *Atlantic Richfield Co. v. Razumic,* 480 Pa. 366, 390 A.2d 736 (1978).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

394 A.2d 607

Babcock, Appellant, v. Tippett et al.

Argued June 12, 1978. J. Younglove, with him Gerald L. Bowen, for appellant; John C. Bonner, for appellees.

Order affirmed.